[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 16, 2005
THOMAS K. KAHN
CLERK

No. 04-16638
Non-Argument Calendar

_____

D.C. Docket No. 04-80100-CR-WPD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVON MOORE,
a.k.a. Foot,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 16, 2005)

Before BIRCH, BARKETT and FAY, Circuit Judges

PER CURIAM:

Javon Antwan Moore pled guilty to one count of distributing crack cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), and one count of possessing firearms in furtherance of a drug trafficking crime and carrying those firearms during and in relation to that drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A), and was sentenced to 120 months' imprisonment. Brenda G. Bryn, appointed counsel for Moore in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Moore's conviction and resulting sentence are **AFFIRMED**.